EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Cox Media Group, LLC.

| COPYRIGHTED IMAGE | INFRINGEMENT#1 OF 61 | | WEB PAGE CAPTURE |

**COPYRIGHTED IMAGE**



**INFRINGEMENT#1 OF 61**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10300563
Date Taken: 09/18/2013
Photo Description: Myla Sinanaj is seen on the beach in a pink bikini.
Copyright Application Date: 12/03/2013
Application Number: 1-1048512202

Domain: wsbtv.com
URL: http://www.wsbtv.com/photo/entertainment/m2/pzHBH/
Observed Date: 02/14/2014

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#2 OF 61**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10300508
Date Taken: 09/18/2013
Photo Description: Myla Sinanaj in the water at the beach.
Copyright Application Date: 12/03/2013
Application Number: 1-1048512202

Domain: wsbtv.com
URL: http://www.wsbtv.com/photo/entertainment/split1/pzHBF/
Observed Date: 02/14/2014

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#3 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10309721
Date Taken: 10/19/2013
Photo Description: 'Hansel & Gretel Get Baked' actress Lara Flynn Boyle out shopping with her mom at the Beverly Glen Market.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: wftv.com
URL:     http://www.wftv.com/feed/entertainment/the-lara-flynn-boyle-pictures-you-saw-on-the/fWXg6/
Observed Date: 02/04/2014

**WEB PAGE CAPTURE**



EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Cox Media Group, LLC.

| COPYRIGHTED IMAGE | INFRINGEMENT#4 OF 61 | | WEB PAGE CAPTURE |
|---|---|---|---|

**COPYRIGHTED IMAGE**



**INFRINGEMENT#4 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10310185
Date Taken: 11/04/2013
Photo Description: Chris Kirkpatrick marries Karly Skladany at a wedding ceremony at the Loews Hotel in Orlando, Florida.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: wftv.com
URL:      http://www.wftv.com/photo/entertainment/wedding-1/p2Mzt/
Observed Date: 02/14/2014

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#5 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311046
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: wftv.com
URL:      http://www.wftv.com/photo/entertainment/january-3/pzqkT/
Observed Date: 02/14/2014

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#6 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311046
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: thenew93q.com
URL:      http://www.thenew93q.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 12/06/2013

**WEB PAGE CAPTURE**



EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Cox Media Group, LLC.

| COPYRIGHTED IMAGE | INFRINGEMENT#7 OF 61 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10311056<br>Date Taken: 10/19/2013<br>Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: thenew93q.com<br>URL:   http://www.thenew93q.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/<br>Observed Date: 12/06/2013 |  |

| COPYRIGHTED IMAGE | INFRINGEMENT#8 OF 61 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10309721<br>Date Taken: 10/19/2013<br>Photo Description: 'Hansel & Gretel Get Baked' actress Lara Flynn Boyle out shopping with her mom at the Beverly Glen Market.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: thenew93q.com<br>URL:   http://www.thenew93q.com/feed/entertainment/the-lara-flynn-boyle-pictures-you-saw-on-the/fWXg6/<br>Observed Date: 02/04/2014 |  |

| COPYRIGHTED IMAGE | INFRINGEMENT#9 OF 61 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10311143<br>Date Taken: 10/29/2013<br>Photo Description: 'The Normal Heart' actress Julia Roberts, who turned 46 years old yesterday, stopped by a yoga class in Malibu, California for a workout.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: thenew93q.com<br>URL:   http://www.thenew93q.com/feed/entertainment/julia-roberts-pregnant-expected-to-give-birth-to/fWdhS/<br>Observed Date: 02/05/2014 |  |

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Cox Media Group, LLC.

**COPYRIGHTED IMAGE**



**INFRINGEMENT#10 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311631
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: thenew93q.com
URL:    http://www.thenew93q.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 02/05/2014

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#11 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10309651
Date Taken: 10/13/2013
Photo Description: Former 'Charmed' star Rose McGowan ties the knot with artist Davey Detail at the Paramour Mansion in Los Angeles.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: daytondailynews.com
URL:
http://www.daytondailynews.com/feed/entertainment/gorgeous-bride-rose-mcgowan-ties-the-knot-with/fWKqg/
Observed Date: 02/03/2014

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#12 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311631
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: daytondailynews.com
URL:
http://www.daytondailynews.com/photo/entertainment/january-2/pzqkW/
Observed Date: 02/03/2014

**WEB PAGE CAPTURE**



EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Cox Media Group, LLC.

**COPYRIGHTED IMAGE**



**INFRINGEMENT#13 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10312557
Date Taken: 11/20/2013
Photo Description: Lamar Odom stares out as he rides around in his SUV.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: mix96tulsa.com
URL:
http://www.tie1.mix96tulsa.com/photo/entertainment/lamar1/py xpL/
Observed Date: 12/14/2013

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#14 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311143
Date Taken: 10/29/2013
Photo Description: 'The Normal Heart' actress Julia Roberts, who turned 46 years old yesterday, stopped by a yoga class in Malibu, California for a workout.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: mix96tulsa.com
URL:       http://www.mix96tulsa.com/feed/entertainment/julia-roberts-pregnant-expected-to-give-birth-to/fWdhS/
Observed Date: 02/05/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#15 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10312205
Date Taken: 11/30/2013
Photo Description: Charlie Sheen seen with his new girlfriend Brett Rossi.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: mix96tulsa.com
URL: http://www.mix96tulsa.com/feed/entertainment/did-charlie-sheen-really-marry-porn-star-brett/fWnk8/
Observed Date: 02/05/2014

**WEB PAGE CAPTURE**



EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Cox Media Group, LLC.

**COPYRIGHTED IMAGE**



**INFRINGEMENT#16 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10312557
Date Taken: 11/20/2013
Photo Description: Lamar Odom stares out as he rides around in his SUV.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: whio.com
URL:      http://www.whio.com/feed/entertainment/lamar-odom-caught-driving-with-a-suspended-license/fWX7r/
Observed Date: 12/14/2013

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#17 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311987
Date Taken: 11/09/2013
Photo Description: Donald Faison and his wife CaCee Cobb bringing their son Rocco home.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: journal-news.com
URL:      http://www.journal-news.com/feed/entertainment/first-photos-of-donald-faison-cacee-cobbs-baby/fWSky/
Observed Date: 02/03/2014

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#18 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311143
Date Taken: 10/29/2013
Photo Description: 'The Normal Heart' actress Julia Roberts, who turned 46 years old yesterday, stopped by a yoga class in Malibu, California for a workout.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: journal-news.com
URL:      http://www.journal-news.com/feed/entertainment/julia-roberts-pregnant-expected-to-give-birth-to/fWdhS/
Observed Date: 02/03/2014

**WEB PAGE CAPTURE**



EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Cox Media Group, LLC.

| COPYRIGHTED IMAGE | INFRINGEMENT#19 OF 61 | | WEB PAGE CAPTURE |
|---|---|---|---|

**COPYRIGHTED IMAGE**



**INFRINGEMENT#19 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10309721
Date Taken: 10/19/2013
Photo Description: 'Hansel & Gretel Get Baked' actress Lara Flynn Boyle out shopping with her mom at the Beverly Glen Market.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: journal-news.com
URL:   http://www.journal-news.com/feed/entertainment/the-lara-flynn-boyle-pictures-you-saw-on-the/fWXg6/
Observed Date: 02/03/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#20 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10312287
Date Taken: 11/09/2013
Photo Description: Donald Faison and his wife CaCee Cobb bring their son Rocco home.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: journal-news.com
URL:   http://www.journal-news.com/feed/entertainment/first-photos-of-donald-faison-cacee-cobbs-baby/fWSky/
Observed Date: 02/03/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#21 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311046
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: rock103tulsa.com
URL:   http://www.rock103tulsa.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 12/02/2013

**WEB PAGE CAPTURE**



03/09/2015 13:24:16

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Cox Media Group, LLC.

**COPYRIGHTED IMAGE**



**INFRINGEMENT#22 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311056
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: rock103tulsa.com
URL:   http://www.rock103tulsa.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 12/02/2013

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#23 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311143
Date Taken: 10/29/2013
Photo Description: 'The Normal Heart' actress Julia Roberts, who turned 46 years old yesterday, stopped by a yoga class in Malibu, California for a workout.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: rock103tulsa.com
URL:   http://www.rock103tulsa.com/feed/entertainment/julia-roberts-pregnant-expected-to-give-birth-to/fWdhS/
Observed Date: 01/28/2014

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#24 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311631
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: rock103tulsa.com
URL:   http://www.rock103tulsa.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 01/28/2014

**WEB PAGE CAPTURE**



03/09/2015 13:24:16

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Cox Media Group, LLC.

| COPYRIGHTED IMAGE | INFRINGEMENT#25 OF 61 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10309721<br>Date Taken: 10/19/2013<br>Photo Description: 'Hansel & Gretel Get Baked' actress Lara Flynn Boyle out shopping with her mom at the Beverly Glen Market.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: rock103tulsa.com<br>URL:  http://www.rock103tulsa.com/feed/entertainment/the-lara-flynn-boyle-pictures-you-saw-on-the/fWXg6/<br>Observed Date: 02/06/2014 |  |
| COPYRIGHTED IMAGE<br> | INFRINGEMENT#26 OF 61<br>Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10311056<br>Date Taken: 10/19/2013<br>Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: rock103tulsa.com<br>URL:<br>http://www.rock103tulsa.com/photo/entertainment/january-1/pzqkX/<br>Observed Date: 02/05/2014 | WEB PAGE CAPTURE<br> |
| COPYRIGHTED IMAGE<br> | INFRINGEMENT#27 OF 61<br>Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10311987<br>Date Taken: 11/09/2013<br>Photo Description: Donald Faison and his wife CaCee Cobb bringing their son Rocco home.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: wsbtv.com<br>URL: http://www.wsbtv.com/photo/entertainment/d1/p2dTm/<br>Observed Date: 01/28/2014 | WEB PAGE CAPTURE<br> |

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Cox Media Group, LLC.

**COPYRIGHTED IMAGE**



**INFRINGEMENT#28 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10310185
Date Taken: 11/04/2013
Photo Description: Chris Kirkpatrick marries Karly Skladany at a wedding ceremony at the Loews Hotel in Orlando, Florida.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: wsbtv.com
URL:          http://www.wsbtv.com/photo/entertainment/wedding-1/p2Mzt/
Observed Date: 02/14/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#29 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311046
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: wsbtv.com
URL:          http://www.wsbtv.com/photo/entertainment/january-3/pzqkT/
Observed Date: 02/14/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#30 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311987
Date Taken: 11/09/2013
Photo Description: Donald Faison and his wife CaCee Cobb bringing their son Rocco home.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: accessatlanta.com
URL:          http://www.accessatlanta.com/feed/entertainment/first-photos-of-donald-faison-cacee-cobbs-baby/fWSky/
Observed Date: 01/27/2014

**WEB PAGE CAPTURE**



EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Cox Media Group, LLC.

| **COPYRIGHTED IMAGE** | **INFRINGEMENT#31 OF 61** | | **WEB PAGE CAPTURE** |
|---|---|---|---|
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10311046<br>Date Taken: 10/19/2013<br>Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: austin360.com<br>URL:      http://www.austin360.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/<br>Observed Date: 01/28/2014 |  |

| **COPYRIGHTED IMAGE** | **INFRINGEMENT#32 OF 61** | | **WEB PAGE CAPTURE** |
|---|---|---|---|
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10311056<br>Date Taken: 10/19/2013<br>Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: austin360.com<br>URL:      http://www.austin360.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/<br>Observed Date: 02/04/2014 | |

| **COPYRIGHTED IMAGE** | **INFRINGEMENT#33 OF 61** | | **WEB PAGE CAPTURE** |
|---|---|---|---|
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10312557<br>Date Taken: 11/20/2013<br>Photo Description: Lamar Odom stares out as he rides around in his SUV.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: austin360.com<br>URL:      http://www.austin360.com/feed/entertainment/lamar-odom-caught-driving-with-a-suspended-license/fWX7r/<br>Observed Date: 02/04/2014 |  |

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Cox Media Group, LLC.

| COPYRIGHTED IMAGE | | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | **INFRINGEMENT#34 OF 61**<br>Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10312205<br>Date Taken: 11/30/2013<br>Photo Description: Charlie Sheen seen with his new girlfriend Brett Rossi.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: austin360.com<br>URL:   http://www.austin360.com/feed/entertainment/did-charlie-sheen-really-marry-porn-star-brett/fWnk8/<br>Observed Date: 02/05/2014 |  |
|  | **INFRINGEMENT#35 OF 61**<br>Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10309651<br>Date Taken: 10/13/2013<br>Photo Description: Former 'Charmed' star Rose McGowan ties the knot with artist Davey Detail at the Paramour Mansion in Los Angeles.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: austin360.com<br>URL:   http://www.austin360.com/feed/entertainment/gorgeous-bride-rose-mcgowan-ties-the-knot-with/fWKqg/<br>Observed Date: 01/28/2014 | |
|  | **INFRINGEMENT#36 OF 61**<br>Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10311143<br>Date Taken: 10/29/2013<br>Photo Description: 'The Normal Heart' actress Julia Roberts, who turned 46 years old yesterday, stopped by a yoga class in Malibu, California for a workout.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: austin360.com<br>URL:   http://www.austin360.com/feed/entertainment/julia-roberts-pregnant-expected-to-give-birth-to/fWdhS/<br>Observed Date: 02/05/2014 |  |

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Cox Media Group, LLC.

| COPYRIGHTED IMAGE | INFRINGEMENT#37 OF 61 | | WEB PAGE CAPTURE |
|---|---|---|---|

**COPYRIGHTED IMAGE**



**INFRINGEMENT#37 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10313660
Date Taken: 11/18/2013
Photo Description: Katy Perry enjoys the morning view from her hotel balcony as she sips a cup of coffee.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: austin360.com
URL: http://www.austin360.com/feed/entertainment/katy-perrys-bikini-breakfast-after-announcing/fWW9n/
Observed Date: 02/06/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#38 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311052
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: austin360.com
URL: http://www.austin360.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 01/28/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#39 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311046
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: houstonseagle.com
URL: http://www.houstonseagle.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 02/03/2014

**WEB PAGE CAPTURE**



EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Cox Media Group, LLC.

| **COPYRIGHTED IMAGE** | **INFRINGEMENT#40 OF 61** | | **WEB PAGE CAPTURE** |



**INFRINGEMENT#40 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311143
Date Taken: 10/29/2013
Photo Description: 'The Normal Heart' actress Julia Roberts, who turned 46 years old yesterday, stopped by a yoga class in Malibu, California for a workout.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: houstonseagle.com
URL:    http://www.houstonseagle.com/feed/entertainment/julia-roberts-pregnant-expected-to-give-birth-to/fWdhS/
Observed Date: 02/05/2014



---



**INFRINGEMENT#41 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311631
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: houstonseagle.com
URL:
http://www.houstonseagle.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 02/05/2014



---



**INFRINGEMENT#42 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10309721
Date Taken: 10/19/2013
Photo Description: 'Hansel & Gretel Get Baked' actress Lara Flynn Boyle out shopping with her mom at the Beverly Glen Market.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: palmbeachpost.com
URL:    http://www.palmbeachpost.com/feed/entertainment/the-lara-flynn-boyle-pictures-you-saw-on-the/fWXg6/
Observed Date: 02/03/2014



EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Cox Media Group, LLC.

---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#43 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311046
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: countrylegends971.com
URL:
http://www.countrylegends971.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 02/04/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#44 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311631
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: countrylegends971.com
URL:
http://www.countrylegends971.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 12/02/2013

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#45 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311143
Date Taken: 10/29/2013
Photo Description: 'The Normal Heart' actress Julia Roberts, who turned 46 years old yesterday, stopped by a yoga class in Malibu, California for a workout.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: countrylegends971.com
URL:
http://www.countrylegends971.com/feed/entertainment/julia-roberts-pregnant-expected-to-give-birth-to/fWdhS/
Observed Date: 01/28/2014

**WEB PAGE CAPTURE**



---

03/09/2015 13:24:16

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Cox Media Group, LLC.

| COPYRIGHTED IMAGE | INFRINGEMENT#46 OF 61 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10309721<br>Date Taken: 10/19/2013<br>Photo Description: 'Hansel & Gretel Get Baked' actress Lara Flynn Boyle out shopping with her mom at the Beverly Glen Market.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: countrylegends971.com<br>URL:<br>http://www.countrylegends971.com/feed/entertainment/the-lara-flynn-boyle-pictures-you-saw-on-the/fWXg6/<br>Observed Date: 02/06/2014 |  |

| COPYRIGHTED IMAGE | INFRINGEMENT#47 OF 61 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10311056<br>Date Taken: 10/19/2013<br>Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: countrylegends971.com<br>URL:<br>http://www.countrylegends971.com/photo/entertainment/january-1/pzqkX/<br>Observed Date: 02/05/2014 |  |

| COPYRIGHTED IMAGE | INFRINGEMENT#48 OF 61 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10311056<br>Date Taken: 10/19/2013<br>Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: countrylegends971.com<br>URL:<br>http://www.countrylegends971.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/<br>Observed Date: 02/14/2014 |  |

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Cox Media Group, LLC.

| COPYRIGHTED IMAGE | INFRINGEMENT#49 OF 61 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10311143<br>Date Taken: 10/29/2013<br>Photo Description: 'The Normal Heart' actress Julia Roberts, who turned 46 years old yesterday, stopped by a yoga class in Malibu, California for a workout.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: statesman.com<br>URL:       http://www.statesman.com/feed/entertainment/julia-roberts-pregnant-expected-to-give-birth-to/fWdhS/<br>Observed Date: 02/05/2014 |  |
| COPYRIGHTED IMAGE | INFRINGEMENT#50 OF 61 | | WEB PAGE CAPTURE |
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10311046<br>Date Taken: 10/19/2013<br>Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: wpxi.com<br>URL:       http://www.wpxi.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/<br>Observed Date: 12/05/2013 |  |
| COPYRIGHTED IMAGE | INFRINGEMENT#51 OF 61 | | WEB PAGE CAPTURE |
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10311056<br>Date Taken: 10/19/2013<br>Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: wpxi.com<br>URL:       http://www.wpxi.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/<br>Observed Date: 12/05/2013 |  |

03/09/2015 13:24:16

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Cox Media Group, LLC.

| COPYRIGHTED IMAGE | INFRINGEMENT#52 OF 61 | | WEB PAGE CAPTURE |

**COPYRIGHTED IMAGE**



**INFRINGEMENT#52 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311631
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: wpxi.com
URL:      http://www.wpxi.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 01/28/2014

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#53 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10309721
Date Taken: 10/19/2013
Photo Description: 'Hansel & Gretel Get Baked' actress Lara Flynn Boyle out shopping with her mom at the Beverly Glen Market.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: wbli.com
URL:      http://www.wbli.com/feed/entertainment/the-lara-flynn-boyle-pictures-you-saw-on-the/fWXg6/
Observed Date: 02/04/2014

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#54 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311143
Date Taken: 10/29/2013
Photo Description: 'The Normal Heart' actress Julia Roberts, who turned 46 years old yesterday, stopped by a yoga class in Malibu, California for a workout.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: wbli.com
URL:      http://www.wbli.com/feed/entertainment/julia-roberts-pregnant-expected-to-give-birth-to/fWdhS/
Observed Date: 02/05/2014

**WEB PAGE CAPTURE**



EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Cox Media Group, LLC.

**COPYRIGHTED IMAGE**



**INFRINGEMENT#55 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311631
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: wbli.com
URL:        http://www.wbli.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 02/05/2014

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#56 OF 61**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10312227
Date Taken: 11/30/2013
Photo Description: Actor Charlie Sheen is seen with his new porn star girlfriend Brett Rossi outside the Hotel El Ganzo in Cabo San Lucas, Mexico on November 30, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: wbli.com
URL: http://www.wbli.com/feed/entertainment/did-charlie-sheen-really-marry-porn-star-brett/fWnk8/
Observed Date: 02/05/2014

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#57 OF 61**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10300474
Date Taken: 08/28/2013
Photo Description: Myla Sinanaj shows off a picture of Kim Kardashian before she gets plastic surgery.
Copyright Application Date: 12/03/2013
Application Number: 1-1048307173

Domain: thenew93q.com
URL:
http://www.thenew93q.com/photo/entertainment/m1/pzHBG/
Observed Date: 07/30/2014

**WEB PAGE CAPTURE**



03/09/2015 13:24:16

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Cox Media Group, LLC.

| **COPYRIGHTED IMAGE** | | | **WEB PAGE CAPTURE** |
|---|---|---|---|
|  | **INFRINGEMENT#58 OF 61**<br>Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 105239PCNEX_MylaAfter29.jpg<br>Date Taken: 09/18/2013<br>Photo Description: Myla Sinanaj is seen on the beach in a pink bikini.<br>Copyright Application Date: 12/03/2013<br>Application Number: 1-1048512202 | Domain: www.thenew93q.com<br>URL:<br>http://www.thenew93q.com/photo/entertainment/m2/pzHBH/<br>Observed Date: 07/30/2014 |  |
|  | **INFRINGEMENT#59 OF 61**<br>Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 105239PCNEX_MylaAfter08.jpg<br>Date Taken: 09/18/2013<br>Photo Description: Myla Sinanaj in the water at the beach.<br>Copyright Application Date: 12/03/2013<br>Application Number: 1-1048512202 | Domain: www.thenew93q.com<br>URL:<br>http://www.thenew93q.com/photo/entertainment/split1/pzHBF/<br>Observed Date: 07/30/2014 |  |
|  | **INFRINGEMENT#60 OF 61**<br>Photo Owner: Visions of America, LLC<br>Photo ID Number: VOA3-0953.jpg<br>Date Taken: 09/18/2013<br>Photo Description: This image title is: Shot Of Car Hood Stuck In Deep Mud.<br><br>Copyright Registration Date: 10/31/2005<br>Registration Number: VAu 684-449 | Domain: www.kudzu.com<br>URL:    http://www.kudzu.com/article/Choosing-a-towing-service-id1084<br>Observed Date: 05/19/2014 | <br> |

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Cox Media Group, LLC.

**COPYRIGHTED IMAGE**



**INFRINGEMENT#61 OF 61**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10386200
Date Taken: 08/14/2014
Photo Description: Katherine McPhee and Elyes Gabel make-out while taking a break from filming CBS pilot 'Scorpion' in LA.

Application Number: 1-1812262441
Copyright Registration Date: 10/09/2014
Registration Number: VA 1-930-469

Domain: actionnewsjax.com
URL:
http://www.actionnewsjax.com/photo/entertainment/katharine-mcphee-kissing-on-elyes-gabel/pCNYbM/
Observed Date: 10/16/2014

**WEB PAGE CAPTURE**



x

03/09/2015 13:24:16